# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-10532
Summary Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
February 2, 2015
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

    Plaintiff-Appellee

v.

DARREN L. REAGAN, also known as Dr. Darren L. Reagan,

    Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:07-CR-289-7

Before KING, JOLLY, and PRADO, Circuit Judges.

PER CURIAM:[*]

    Darren L. Reagan, federal prisoner # 37109-177, appeals the denial of his motion for a new trial based on newly discovered evidence pursuant to Federal Rule of Civil Procedure 33; he also appeals the denials of related motions to expedite proceedings, for appointment of a special prosecutor, for appointment of counsel, to recuse the trial judge, and for discovery. This court reviews the district court's denial of Reagan's motion for a new trial for an

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Case: 14-10532    Document: 00512945636    Page: 2    Date Filed: 02/24/2015
Case 3:07-cr-00289-M-BF  Document 1904  Filed 02/24/15  Page 2 of 2  PageID 38204

No. 14-10532

abuse of discretion. *See United States v. Piazza*, 647 F.3d 559, 564 (5th Cir. 2011). "Generally, motions for new trial are disfavored and must be reviewed with great caution." *Id.* at 565. Reagan has not shown that the evidence he relies upon is noncumulative, material, or would likely result in his acquittal if introduced at a new trial. *See id.* Consequently, he fails to show that the district court abused its discretion by denying his Rule 33 motion. *Id.* at 564. As all of Reagan's remaining motions are contingent upon his litigating his motion for a new trial, the district court likewise did not err by denying them.

AFFIRMED.